# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-1518
LT Case No. 2014-CF-3732-A

———————————————

EDISON GARCIA-MUNIZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Seminole County.
Donna Goerner, Judge.

Edison Garcia-Muniz, Daytona Beach, pro se.

Ashley Moody, Attorney General, Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney General, Daytona Beach, for
Appellee.


August 22, 2023


PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).


WALLIS, SOUD, and PRATT, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————